UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CITY GAS COMPANY,

    Plaintiff,

v.                                      Case No.: 1:22-cv-00311

HARTFORD ACCIDENT AND
INDEMNITY COMPANY,
TIG INSURANCE COMPANY
(f/k/a RANGER INSURANCE COMPANY)
and TRAVELERS CASUALTY AND
SURETY COMPANY (f/k/a AETNA CASUALTY
AND SURETY COMPANY),

    Defendants.

## ORDER FOR DISMISSAL OF ALL INTRA-CARRIER CLAIMS, WITH PREJUDICE

Based upon the Stipulation for Dismissal Of All Intra-Carrier Claims (as defined in the Stipulation and Agreed Order Deeming Intra-Carrier Claims Filed, Denied, Stayed, and Tolled (ECF No. 30)) (approved by May 20, 2022 text only order) by and between Defendants Hartford Accident and Indemnity Company, TIG Insurance Company (f/k/a Ranger Insurance Company), and Travelers Casualty and Surety Company (f/k/a Aetna Casualty and Surety Company) (collectively, "Defendants"), all Intra-Carrier Claims that are, were, or could have been asserted in this action are dismissed on the merits, with prejudice, and without costs to any party.

This matter is now fully resolved and is dismissed in its entirety.

**SO ORDERED** at Green Bay, Wisconsin this 7th day of January, 2025.

                        s/ William C. Griesbach
                        William C. Griesbach
                        UNITED STATES DISTRICT JUDGE